1  SEAN P. NALTY (SBN 121253)
   JOHN T. BURNITE (SBN 162223)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, California 94104-4217
   Telephone: (415) 951-0535
4  Facsimile: (415) 391-7808

5  Attorneys for Defendant
   PRISON HEALTH SERVICES SHORT
6  AND LONG TERM DISABILITY PLAN

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  KITTY NIX,                      )   Case No. C 05-3242 JCS
                                    )
13            Plaintiff,            )   **SUBSTITUTION OF ATTORNEY**
                                    )
14      vs.                         )
                                    )
15  PRISON HEALTH SERVICES SHORT    )
    AND LONG TERM DISABILITY PLAN,  )
16                                  )
              Defendant.            )
17                                  )
                                    )
18

19

20

21

22

23

24

25

26

27

28

---

SUBSTITUTION OF ATTORNEY                           CASE NO. C 05-3242 JCS

1     TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN

2 AND TO THEIR ATTORNEYS OF RECORD:

3     PLEASE TAKE NOTICE that defendant, the Prison Health Services Short and Long Term

4 Disability Plan, hereby substitutes counsel as follows:

5   1.   **Former legal representative**:

6     Allen J. Gross (State Bar No. 141082)
    e-mail: ajgmsk.com
7     Mitchell, Silberberg & Knupp, LLP
    11377 West Olympic Boulevard
8     Los Angeles, CA 90064-1683
    Tel: (310) 312-2000

9

10   2.   **New legal representative**:

11     Sean P. Nalty (SBN 121253)
    e-mail: nalty@kelher.com
    Kelly, Herlihy & Klein, LLP
12     44 Montgomery Street, Suite 2500
    San Francisco, CA 94104
13     Tel.: (415) 951-0535

14   3.   The party making this substitution is the Prison Health Services Short and Long Term

15 Disability Plan ("the plan").

16   4.   I consent to this substitution on behalf of the plan.

17

18 Dated: November 23, 2005     Allen J. Gross         _____
                              (Print Name)           (Signature of party)

19

20   5.   I consent to this substitution.

21

22 Dated: November 23, 2005     _____
                              Allen J. Gross, Esq.
23                               Mitchell, Silberberg & Knupp, LLP
                              11377 West Olympic Boulevard
24                               Los Angeles, CA 90064-1683
                              Tel: (310) 312-2000
25                               (former attorney)

26

27

28

NOTICE OF SUBSTITUTION OF ATTORNEY           CASE NO. C 05-3242 JCS

| | |
|---|---|
| 1 | 6.   I am duly admitted to practice in this District and accept this substitution. |

Dated: November__, 2005

                         _Sean P. Nalty_
                         Sean P. Nalty
                         Kelly, Herlihy & Klein, LLP
                         44 Montgomery Street, Suite 2500
                         San Francisco, CA 94104
                         Tel.: (415) 951-0535

                         (new attorney)

**Substitution of Attorney is hereby approved**

Date: __November 29__, 2005

                         UNITED STATES DISTRICT JUDGE

E:\25240\P01.wpd