```
ALLEN J. GROSS (State Bar No. 141082)
AMBER M. SPATARO (State Bar No. 210942)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
AMERICA SERVICE GROUP, INC. (ERRONEOUSLY
SUED AS PRISON HEALTH SERVICES SHORT AND
LONG TERM DISABILITY PLAN)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KITTY NIX,<br><br>    Plaintiff,<br><br>    v.<br><br>PRISON HEALTH SERVICES SHORT AND LONG TERM DISABILITY PLAN,<br><br>    Defendant. | CASE NO. C 05-3242 (PJH)<br><br>**NOTICE OF DISMISSAL OF THIRD PARTY COMPLAINT WITHOUT PREJUDICE**<br><br>Judge: The Honorable Phyllis J. Hamilton |
| AMERICA SERVICE GROUP, INC. (ERRONEOUSLY SUED AS PRISON HEALTH SERVICES SHORT AND LONG TERM DISABILITY PLAN),<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Third-Party Defendant. | |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Third Party Plaintiff voluntarily dismisses the Third Party Complaint without prejudice.

1 DATED: 12/7/05

ALLEN J. GROSS
AMBER M. SPATARO
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Allen J. Gross
Attorneys for Defendant
AMERICA SERVICE GROUP, INC.
(ERRONEOUSLY SUED AS PRISON
HEALTH SERVICES SHORT AND LONG
TERM DISABILITY PLAN)

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

Judge Phyllis J. Hamilton

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On December 7, 2005, I served the foregoing document(s) described as **NOTICE OF DISMISSAL OF THIRD PARTY COMPLAINT WITHOUT PREJUDICE** on the parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows, and taking the action described below:

Timothy J. Fricker, Esq.
Fricker & Mellen & Associates
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612

Sean P. Nalty, Esq.
Kelly Herlihy & Klein LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4712

Melba Jordan
UNUM Provident
655 North Central Avenue, Suite 1200
Glendale, CA 91203
*(Courtesy Copy)*

☐ **BY E-MAIL:** I sent a copy of the above-described document(s) via e-mail to each of the individuals set forth on the attached service list, at the following email address:

☐ **BY FAX:** Along with placing a copy of the document in a sealed envelope I sent a copy of the above-described document(s) via telecopier to each of the individuals set forth above, at the following facsimile telephone numbers:

☐ **BY PERSONAL DELIVERY:** I caused personal delivery by a **CERTIFIED ATTORNEY SERVICE** of the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **BY PLACING FOR COLLECTION AND MAILING:** I sealed and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 11377 West Olympic Boulevard, Los Angeles, California 90064-1683 in the ordinary course of business.

Executed on December 7, 2005, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Crystal Lewis