1  SEAN P. NALTY (SBN 121253)
   JOHN T. BURNITE (SBN 162223)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, California 94104-4217
   Telephone: (415) 951-0535
4  Facsimile: (415) 391-7808

5  Attorneys for Defendant
   PRISON HEALTH SERVICES SHORT
6  AND LONG TERM DISABILITY PLAN

7

8  JAMES G. MELLEN (SBN 122035)
   TIMOTHY J. FRICKER (SBN 183309)
9  LAW OFFICE OF JIM MELLEN & ASSOCIATES
   Tribune Tower
10 409 13th Street, 17th Floor
   Oakland, CA 94612
11 Telephone: (510) 663-8484
   Facsimile: (510) 663-0639
12
   Attorneys for Plaintiff
13 KITTY NIX

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 KITTY NIX,                          )  Case No. C 05-3242 PJH
                                       )
19              Plaintiff,             )  **STIPULATION OF DISMISSAL;**
                                       )  **ORDER OF DISMISSAL, WITH**
20        vs.                          )  **PREJUDICE**
                                       )
21 PRISON HEALTH SERVICES SHORT        )
   AND LONG TERM DISABILITY PLAN,      )
22                                     )
                Defendant.             )
23

24

25

26

27

28

---

STIPULATION OF DISMISSAL                              CASE NO. C 05-3242 PJH

1    Plaintiff Kitty Nix ("plaintiff") and defendant Prison Health Services Short
2  And Long Term Disability Plan ("defendant") have settled this matter. Accordingly, plaintiff
3  through her counsel of record Law Office of Jim Mellen & Associates and defendant, through its
4  counsel of record Sean P. Nalty, Kelly, Herlihy & Klein, hereby stipulate to the following: This
5  matter shall be dismissed with prejudice and in its entirety as to all parties and all claims for relief.

KELLY, HERLIHY & KLEIN, LLP

Dated: June 7, 2006     By _____
                             Sean P. Nalty
                             Attorneys for Defendant
                             PRISON HEALTH SERVICES SHORT
                             AND LONG TERM DISABILITY PLAN

LAW OFFICE OF JIM MELLEN &
ASSOCIATES

Date: June 6, 2006      By _____
                             James G. Mellen
                             Attorneys for Plaintiff
                             KITTY NIX

## ORDER

Based on the stipulation of the parties set forth above, this matter is dismissed, with prejudice and in its entirety, as to all parties and all claims of relief.

**IT IS SO ORDERED.**

Date: June 9, 2006      _____
                             The Honorable Phyllis J. Hamilton
                             U.S. District Judge
                             Northern District of California

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

E:\25240\P06.wpd

-1-

STIPULATION OF DISMISSAL                                    CASE NO. C 05-3242 PJH